AO 450 (Rev. 5/85) Judgment in a Civil Case

# *United States District Court*

### Southern District of Ohio

**Daniel Lee Bedford,**

$\qquad$ **JUDGMENT IN A CIVIL CASE**

$\qquad$ **Petitioner,**

$\qquad$ **v.** $\qquad$ **Case Number: 1:92cv-547**

$\qquad$ **Judge Smith**

**Terry J. Collins, Warden,** $\qquad$ **Magistrate Judge Abel**

$\qquad$ **Respondent.**

[ ] $\quad$ **Jury Verdict.** **This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.**

[ ] $\quad$ **Decision by Court.** **This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.**

[ X ] $\quad$ **Decision by Court.** **This action was decided by the Court without a trial or hearing.**

$\qquad$ **IT IS ORDERED AND ADJUDGED**

$\qquad$ **Pursuant to and Order dated May 3, 2007, the petitioner's habeas corpus claims are DENIED and his habeas corpus action is DISMISSED.**

**May 3, 2007** $\qquad$ **s/JAMES BONINI**
**Date** $\qquad$ **Clerk**

$\qquad$ ***s/Lisa V. Wright***
$\qquad$ **(By) Deputy Clerk**